## 37088. CHESSER v. CHESSER.

PER CURIAM.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. Laws 1979, p. 619; Code Ann. § 6₇701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED FEBRUARY 17, 1981.

*Frank G. Smith, John Matteson,* for appellant.
*Huff & Moore, Richard L. Moore,* for appellee.